# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Probation**) |
|---|---|
| v. | Case Number:  13-cr-00103-REB-01 |
| | USM Number:  Not Assigned |
| CATHERINE S. DEBAR | Ed Harris, AFPD<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 through 21, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 12/11/2012 |
| 2 | Possession and Use of a Controlled Substance | 01/23/2013 |
| 3 | Possession and Use of a Controlled Substance | 02/06/2013 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 17, 2013
Date of Imposition of Judgment

**s/ Robert E. Blackburn**

Signature of Judge

Robert E. Blackburn, U.S. District Judge
Name & Title of Judge

**October 21, 2013**

Date

DEFENDANT:  CATHERINE S. DEBAR
CASE NUMBER:  13-cr-00103-REB-01                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Possession and Use of a Controlled Substance | 02/14/2013 |
| 5 | Possession and Use of a Controlled Substance | 02/26/2013 |
| 6 | Possession and Use of a Controlled Substance | 03/05/2013 |
| 7 | Possession and Use of a Controlled Substance | 03/15/2013 |
| 8 | Possession and Use of a Controlled Substance | 03/19/2013 |
| 9 | Possession and Use of a Controlled Substance | 04/01/2013 |
| 10 | Possession and Use of a Controlled Substance | 04/16/2013 |
| 11 | Possession and Use of a Controlled Substance | 04/25/2013 |
| 12 | Possession and Use of a Controlled Substance | 05/02/2013 |
| 13 | Possession and Use of a Controlled Substance | 05/16/2013 |
| 14 | Possession and Use of a Controlled Substance | 05/23/2013 |
| 15 | Possession and Use of a Controlled Substance | 05/31/2013 |
| 16 | Possession and Use of a Controlled Substance | 06/05/2013 |
| 17 | Possession and Use of a Controlled Substance | 06/25/2013 |
| 18 | Possession and Use of a Controlled Substance | 07/22/2013 |
| 19 | Possession and Use of a Controlled Substance | 08/01/2013 |
| 20 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Urinalysis) | 08/13/2013 |
| 21 | Failure to Participate in Drug Treatment as Directed by the Probation Officer (Counseling) | 04/20/2013 |

DEFENDANT:  CATHERINE S. DEBAR
CASE NUMBER:  13-cr-00103-REB-01                          Judgment-Page 3 of 3

## IMPRISONMENT

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 4 months.  No term of supervised release to follow term of imprisonment.

     The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

     Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal